UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FERNANDO TIBURCIO, *et al.*,  )
                                 )
          Plaintiffs,  )   Case No.: 2:15-cv-02416-GMN-CWH
  vs.                         )
                                 )   **ORDER**
RAFAEL GARCIA PEREZ,  )
                                 )
         Defendant.  )
                                 )

On August 17, 2016, the Court dismissed the Complaint, (ECF No. 1), filed by *pro se* Plaintiffs Fernando Tiburcio, Maria Tiburcio, Jose Delvy Tiburcio Lantigua, and F&M Entertainment, LLC (collectively "Plaintiffs")[1] for lack of subject matter jurisdiction. (Order, ECF No. 10).  In its Order, the Court granted Plaintiffs leave to file an amended complaint addressing the jurisdictional deficiencies discussed therein. (*Id.* 3:12–14).  Because Plaintiffs have failed to file an amended complaint and the time for doing so has passed, **IT IS HEREBY ORDERED** that the Clerk of Court is instructed to close this case.

**DATED** this __20__ day of September, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

---

[1] In light of Plaintiffs' status as *pro se* litigants, the Court has liberally construed their filings, holding them to standards less stringent than formal pleadings drafted by attorneys. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007).